room. It appears from this record that the search was made not by virtue of the search warrant, but with the consent of appellant's wife.

Finding no reversible error in the record, the judgment of the trial court is in all things affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

at confinement in the state penitentiary for a term of three years.

Pending appeal, the law (Pen.Code 1925, art. 666 et seq., as amended) under which appellant was convicted has been repealed (Vernon's Ann.P.C. art. 666—49).

The judgment is reversed and the prosecution is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## LANE v. STATE.
### No. 18191.

Court of Criminal Appeals of Texas.
April 15, 1936.

Eugene F. Mathis, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of unlawfully possessing for the purpose of sale spirituous intoxicating liquor; and his punishment was assessed

## SLIGER v. STATE.
### No. 18097.

Court of Criminal Appeals of Texas.
April 15, 1936.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.